Opinion of August 27, 2009, Withdrawn, Dismissed and
Corrected Memorandum Opinion filed September 29, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00615-CV

____________

 

KATHERINE SMITH AND DICKSON SMITH, Appellants

 

V.

 

MEDTRONIC, INC., Appellee

 



 

On Appeal from the
127th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-58539[1]

 



 

C O R R E C T E D   M E M O R A N D U M   O P I N I O N

This court withdraws its opinion issued August 27, 2009,
because the trial court number was incorrect and issues a corrected opinion in
its place.








This is an appeal from a judgment signed June 15, 2009.  On
August 19, 2009, the parties filed an agreed motion to dismiss the appeal in
order to effectuate a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Anderson, Guzman, and Boyce. 









[1]  Incorrect trial court number.